# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Rodney Hosino, | Case No. 2:21-cv-02234-GMN-VCF |
| Petitioner | |
| v. | **Order** |
| Tim Garrett, et al., | |
| Respondents | |

Pending before the court are two motions filed by the respondents asking for more time to file their answer to the remaining claims in petitioner's petition for a writ of habeas corpus (ECF No. 7). ECF Nos. 31/32. Respondents supported both motions with good cause for an extension and have since filed their answer (ECF No. 35). In addition, petitioner did not file an opposition to either motion.

IT IS THEREFORE ORDERED that respondents' motions for extension of time (ECF Nos. 31/32) are granted *nunc pro tunc* as of their respective filing dates.

Dated this 23 day of Sept, 2023.

_____
U.S. District Judge Gloria M. Navarro